No. 280. CONBOY ET AL. *v.* CITY OF NAPLES ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 282. HICKS-PONDER Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 283. PERKINS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 287. ARTIM TRANSPORTATION SYSTEM, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied.

No. 294. GRIECO *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 295. ELMORE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 298. ALBERT *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 305. SKEGA AKTIEBOLAG, FORMERLY SKELLEFTEA GUMMIFABRIKS A.-B., ET AL. *v.* B. F. GOODRICH Co. C. A. 6th Cir. Certiorari denied.

No. 306. ARROW LINES, INC. *v.* BRAMMER ET VIR. C. A. 4th Cir. Certiorari denied.

No. 308. DIOGUARDI, AKA DIO *v.* UNITED STATES; and No. 315. PLUMERI ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 428 F. 2d 1033.